UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In Re:                                                          :
                                                                :
HBL SNF, LLC, d/b/a EPIC REHABILITATION                         :
AND NURSING AT WHITE PLAINS,                                    :
        Debtor,                                                :
----------------------------------------------------------------x
  HBL SNF, LLC, d/b/a EPIC                                      :
  REHABILITATION AND NURSING AT                                 :
  WHITE PLAINS; LIZER JOZEFOVIC a/k/a                            :
  Lizer Jozofovic; and MARC NEUMAN,                              :     **ORDER**
        Appellants,                                           :
v.                                                              :     22 CV 6254 (VB)
                                                                :
WHITE PLAINS HEALTHCARE                                         :
PROPERTIES I, LLC,                                              :
        Appellee.                                             :
----------------------------------------------------------------x

      The above-captioned bankruptcy appeal having been docketed in the District Court on July 22, 2022, and assigned to the Hon. Vincent L. Briccetti, it is HEREBY ORDERED:

      1.    The emergency motion to expedite consideration of this appeal is DENIED for substantially the reasons set forth in the appellee's response.  The briefing schedule, as well as the format and length specifications, set forth in the applicable provisions of Federal Rules of Bankruptcy Procedure 8015 through 8018 shall apply unless otherwise ordered by the Court or agreed by the parties.

      2.    The parties shall promptly provide to the Court a suitably bound courtesy copy of the Joint Appendix or other compilation(s) comprising the documents designated for the record on appeal, as well as courtesy copies of their briefs and other filings in connection with the appeal.

      3.    A conference will be held on **August 12, 2022, at 12:00 p.m.**  The conference will be held in Courtroom 620 of the White Plains courthouse.  Counsel must be prepared to discuss a schedule for any further submissions that may be required in connection with the appeal.

    4.    The Clerk is instructed to terminate the motion.  (Doc. #3).

Dated: July 27, 2022
        White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge