

Eric B. Fisher
Binder & Schwartz LLP
366 Madison Avenue 6th Floor
New York, NY 10017

(T) 212.933.4551
(F) 212.510.7299
efisher@binderschwartz.com

August 26, 2022

**By ECF**

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *In re: HBL SNF, LLC*, Case No. 22-cv-06254 (VB)

Dear Judge Briccetti:

     We write jointly on behalf of all parties to the above-referenced appeal to provide a status report. The parties have reached a global resolution in principle of all issues in the case subject to final documentation. The terms of the settlement in principle contemplate that the issues on appeal will be resolved as part of an overall plan of reorganization to be filed with the Bankruptcy Court on Monday, August 29, 2022.

     We respectfully request that the appeal be stayed while the parties finalize and move forward with the settlement as part of a plan of reorganization and request that the Court set a further deadline at the end of September for the parties to further advise the Court as to the status of the settlement.

Respectfully,

/s/ Eric B. Fisher
Eric B. Fisher

cc:   Counsel of Record (by ECF and email)