

John Giardino

Direct Tel: 212-326-0829
Direct Fax: 212-326-0806
jgiardino@pryorcashman.com

September 30, 2022

**By ECF**

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:     **In re: HBL SNF, LLC, Case No. 22-cv-06254 (VB)**

Dear Judge Briccetti:

     We write jointly on behalf of all parties to the appeal to provide a status report. As previously reported to this Court, the parties have reached a global settlement in principle of all issues in the case subject to final documentation. Consistent with our prior status report, a plan of reorganization premised on this global settlement was filed by the debtor with the Bankruptcy Court on August 29, 2022. The purchase and sale agreement that is an integral part of the overall settlement has not yet been finalized and is still the subject of negotiation. The parties expect to complete those negotiations and to then seek confirmation of the bankruptcy plan at a hearing currently scheduled for November 9, 2022.

     We respectfully request that the appeal be stayed until after the November 9, 2022 hearing date before the Bankruptcy Court on plan confirmation.

Respectfully yours,

John Giardino

cc: Counsel of Record (by ECF and email)