

**PRYOR CASHMAN LLP**

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806

New York | Los Angeles | Miami

pryorcashman.com

**John Giardino**

Direct Tel: 212-326-0829
Direct Fax: 212-326-0806
jgiardino@pryorcashman.com

December 2, 2022

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    **In re: HBL SNF, LLC, Case No. 22-cv-06254 (VB)**

Dear Judge Briccetti:

    We write jointly on consent of all parties to the appeal to request an additional thirty (30) day extension to perfect the appeal or file a stipulation of dismissal. The parties continue their efforts to settle this matter. We ask that Your Honor approve this further extension.

    It is appellee's position that the appeal should be dismissed for lack of jurisdiction because the order appealed from is not a final order. In the event that the parties' settlement is not concluded during this next thirty-day window, then appellee is prepared to file its motion to dismiss the appeal on the next business day following expiration of the adjournment period.

    Thank you for Your Honor's consideration in this matter.

Respectfully yours,

*John Giardino*

John Giardino

JG:ec

cc:    All Counsel of Record via ECF