

**John Giardino**

Direct Tel: 212-326-0829
Direct Fax: 212-326-0806
jgiardino@pryorcashman.com

January 3, 2023

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>In re: HBL SNF, LLC, Case No. 22-cv-06254 (VB)</u>

Dear Judge Briccetti:

    We are awaiting the financing to consummate the settlement and expect a financing commitment letter will be issued by CIBC Bank this week. We therefore request an additional thirty (30) day extension to perfect the appeal or file a stipulation of dismissal. We write jointly on consent of all parties to the appeal and ask that Your Honor approve this further extension.

    Thank you for Your Honor's consideration in this matter.

Respectfully yours,

John Giardino

JG:ec

cc:    All Counsel of Record via ECF