UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:

HBL SNF, LLC, d/b/a EPIC REHABILITATION
AND NURSING AT WHITE PLAINS,

    Debtor,
--------------------------------------------------------------x
HBL SNF, LLC, d/b/a EPIC
REHABILITATION AND NURSING AT
WHITE PLAINS; LIZER JOZEFOVIC a/k/a
Lizer Jozofovic; and MARC NEUMAN,

    Appellants,

v.

WHITE PLAINS HEALTHCARE
PROPERTIES I, LLC,

    Appellee.
--------------------------------------------------------------x

**DISMISSAL ORDER**

22 CV 6254 (VB)

    As discussed at a conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

    1.    In light of the joint status report dated February 13, 2023 (Doc. #27), and the information provided by counsel at the conference, this appeal is DISMISSED WITHOUT PREJUDICE.

    2.    To be clear, if the parties are not able to consummate a settlement, the debtor-appellant may re-file an appeal from the Memorandum of Decision dated May 20, 2022, and Order dated June 28, 2022, issued by the U.S. Bankruptcy Court for the Southern District of New York in <u>In re HBL SNF, LLC d/b/a/ Epic Rehabilitation and Nursing at White Plains</u>, 21br22623 (SHL), and <u>White Plains Healthcare Properties I, LLC v. HBL SNF LLC, et al.</u>, 21ap7096 (SHL). Further, appellee's rights will be preserved in all respects, including the right to move to dismiss the appeal if it is re-filed.

3. The Clerk is instructed to close this appeal.

Dated: February 22, 2023
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge